176

80 A.3d 380

Oliver MACKLIN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 137 EM 2013.

Supreme Court of Pennsylvania.

Nov. 21, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**